RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
865 Marina Bay Parkway, Suite 43
RICHMOND, CA 94804
Phone 415-730-6289
Fax 510-439-2786
Attorney for Plaintiff Jose Daniel Castillo-Antonio

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jose Daniel Castillo-Antonio,

        Plaintiff,

Vs.

Jose Juan Velazquez dba Dulceria Mi Carnaval, the Velazquez Family Trust, et al.,

        Defendants.

Case Number C-16-0353

STIPULATION OF DISMISSAL WITH PREJUDICE AND (Proposed) ORDER

Plaintiff Jose Daniel Castillo-Antonio and defendants Jose Juan Velazquez dba Dulceria Mi Carnaval and the Velazquez Family Trust, by and through their respective attorneys of record, hereby stipulate as follows:

1. The parties entered into a Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

2. Accordingly, the Parties jointly request that the Court dismiss this action with prejudice.

Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride /s/ Richard A. Mac Bride

Attorney for Plaintiff Jose Daniel Castillo-Antonio        7/26/2016

Law Offices of Pahl & McCay APC – By: Servando R. Sandoval, Esq. /s/ Servando R. Sandoval

Attorney for Defendants Victor Contreras Pulido, Jose L. Pulido, and Maria S. Pulido 7/26/2016

STIPULATION AND ORDER OF DISMISSAL – 16-0353

-1-

[~~PROPOSED~~] ORDER

Having considered the parties' Stipulation of Dismissal with Prejudice, and for good cause appearing, it is hereby ORDERED:

1. That the action entitled Jose Daniel Castillo-Antonio v. Jose Juan Velazquez dba Dulceria Mi Carnaval and the Velazquez Family Trust et al., Case No. C-16-0353, is dismissed with prejudice, with each party to bear his or her own attorney's fees and costs.

Date: July 29, 2016

Maria-Elena James
United States Magistrate Judge